IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ERIC TANIGUCHI, | ) CIVIL NO. 09-00117 SOM-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS |
| vs. | ) CASE WITHOUT PREJUDICE |
| | ) |
| MARK BENNETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

FINDINGS AND RECOMMENDATION TO
DISMISS CASE WITHOUT PREJUDICE

On June 22, 2009, *pro se* Plaintiff Eric Taniguchi ("Plaintiff") failed to appear at the Rule 16 Scheduling Conference, in violation of Rule 16.2(a) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules").  On June 23, 2009, the Court issued an Order to Show Cause ("OSC"), wherein the Court ordered Plaintiff to appear on July 31, 2009 to show cause why sanctions should not be imposed for his failure to serve the Complaint, his failure to file a Rule 16 Scheduling Conference Statement, and his failure to

appear at the Rule 16 Scheduling Conference.  The Court further warned Plaintiff that non-compliance with the Local Rules could result in the imposition of sanctions, including but not limited to dismissal.

On July 27, 2009, the Court continued the OSC hearing to August 7, 2009.  At the hearing, the Court advised Plaintiff that if he failed to serve the Complaint on Defendant Mark Bennett in accordance with the applicable rules by September 8, 2009, the Court would recommend dismissal of this action.  There being no record of service filed with the Court as of September 8, 2009, nor anytime thereafter, the Court FINDS and RECOMMENDS that the district court dismiss this action without prejudice.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, October 5, 2009.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 09-00117 SOM-KSC; TANIGUCHI V. BENNETT; FINDINGS AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE